Roman M. Silberfeld, Admitted *Pro Hac Vice*
David Martinez, Admitted *Pro Hac Vice*
Rebecka M. Biejo, Admitted *Pro Hac Vice*
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Thomas W. McLane, WSBA No. 12226
ALLEN & McLANE, P.C.
421 West Riverside Ave., Suite 421
Spokane, WA 99201
Telephone: (509) 777-2211
Facsimile: (509) 777-2215

Attorneys for Defendant
BEST BUY STORES, L.P.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ARMSTEAD, a married person, <br><br> Plaintiff, <br><br> vs. <br><br> BEST BUY STORES, L.P., <br><br> Defendant. | No. CV-06-118-FVS <br><br> **[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulated Motion for Entry of Order of Dismissal

of the Plaintiff and Defendant,

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - Page 1

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

2  the above-entitled action be dismissed with prejudice and without

3

4  costs or attorneys fees to any party.

5    DONE IN OPEN COURT this _____ day of August, 2006.

6

7                                    _____

8                                    Honorable Fred Van Sickle
                                     United States District Judge

[PROPOSED] ORDER OF DISMISSAL WITH
PREJUDICE - Page 2

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| J. Scott Miller<br>MILLER, DEVLIN & MCLEAN, P.S.<br>201 W. North River Drive, Suite 500<br>Spokane, WA 99201-2266 | __X__ Electronically<br>____ U.S. Mail<br>____ Hand Delivery<br>____ Facsimile<br>____ Overnight Mail |

s/ THOMAS W. MCLANE
Thomas W. McLane, WSBA No. 12226
Attorney for Defendant
ALLEN & McLANE, P.C.
The Paulsen Center, Suite 421
421 W. Riverside Avenue
Spokane, WA  99201
Telephone:  (509) 777-2211
Facsimile:   (509) 777-2215
E-Mail:  twm@allenmclane.com

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE - Page 3

**ALLEN & McLANE, P.C.**
421 W. Riverside Avenue, Suite 421
Spokane, WA 99201
Tel: (509) 777-2211
Fax: (509) 777-2215