UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL ARMSTEAD,<br><br>           Plaintiff,<br><br>    v.<br><br>BEST BUY STORES, L.P.,<br><br>           Defendant. | No. CV-06-118-FVS<br><br>ORDER OF DISMISSAL |

The Court, being fully advised, now therefore,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Entry of Order of Dismissal (**Ct. Rec. 52**) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED with prejudice** and without costs to either party.

2. All pending motions are **terminated.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **CLOSE THE FILE**.

**DATED** this <u>28th</u> day of August, 2006.

                                          <u> s/ Fred Van Sickle </u>
                                              Fred Van Sickle
                                  United States District Judge

ORDER OF DISMISSAL - 1